UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PJC LOGISTICS, LLC,
    Plaintiff,          ORDER

  v.             Civil No. 11-675 ADM/JJG

ANDERSON TRUCKING SERVICE, INC.,
ET. AL.,
    Defendants.

---

QUALCOMM INCORPORATED,
    Plaintiff,

  v.             Civil No. 11-865 JRT/FLN

PJC LOGISTICS, LLC,
    Defendants.

---

XATA CORPORATION,
    Plaintiff,

  v.             Civil No. 11-871 JNE/FLN

PJC LOGISTICS, LLC,
    Defendant.

---

PEOPLENET COMMUNICATIONS
CORPORATION,
    Plaintiff,

  v.             Civil No. 11-878 MJD/JJG

PJC LOGISTICS, LLC,
    Defendant.

---

  Case No. 11-675 ADM/JJG having been assigned to Judge Ann D. Montgomery and Magistrate Judge Jeanne J. Graham, and Case Nos. 11-865 JRT/FLN, 11-871 JNE/FLN and 11-878 MJD/JJG having been later assigned to Judges John R. Tunheim, Judge Joan N. Ericksen, Chief Judge Michael J. Davis, and Magistrate Judges Franklin L. Noel and Magistrate Judge Jeanne J. Graham, and said matters being related cases;

  IT IS HEREBY ORDERED that Case Nos. 11-865 JRT/FLN, 11-871 JNE/FLN, and 11-878 MJD/JJG be assigned to Judge Ann D. Montgomery and Magistrate Judge Jeanne J. Graham nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and

the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated December 1, 2008.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: April 26, 2011  s/Ann D. Montgomery
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

Dated: April 19, 2011  s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JUDGE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT

Dated: April 20, 2011  s/Joan N. Ericksen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JUDGE JOAN N. ERICKSEN
UNITED STATES DISTRICT COURT

Dated: April 25, 2011  s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
CHIEF JUDGE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT