IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Case No. 0:11-cv-00675-ADM-JJG |
| | : | |
| Plaintiff | : | |
| | : | **NOTICE OF VOLUNTARY** |
| v. | : | **DISMISSAL WITHOUT** |
| | : | **PREJUDICE PURSUANT TO** |
| ANDERSON TRUCKING SERVICE, INC., | : | **FEDERAL RULE OF CIVIL** |
| *ET AL.* | : | **PROCEDURE 41(a)(1) OF** |
| | : | **DEFENDANT CH ROBINSON** |
| | : | **WORLDWIDE, INC.** |
| Defendants. | : | |
| | : | |

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Pursuant to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant CH Robinson Worldwide, Inc. has not yet received service of process and has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Defendant CH Robinson Worldwide, Inc. without prejudice pursuant to Rule 41(a)(1).

Dated: June 3, 2011.                                    s/Alan M. Anderson
                                                        Alan M. Anderson (14950)
                                                        Alan Anderson Law Firm LLC
                                                        Suite 1260 The Colonnade
                                                        5500 Wayzata Blvd.
                                                        Minneapolis, MN 55416
                                                        Tel.: 612-756-7000
                                                        Fax: 612-756-7050
                                                        Email: aanderson@anderson-lawfirm.com

                                                        *Attorneys for Plaintiff PJC Logistics LLC*