IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Case No. 0:11-cv-00675-ADM-JJG |
| | : | |
| Plaintiff | : | **NOTICE OF VOLUNTARY** |
| | : | **DISMISSAL WITHOUT** |
| v. | : | **PREJUDICE PURSUANT TO** |
| | : | **FEDERAL RULE OF CIVIL** |
| ANDERSON TRUCKING SERVICE, INC.,: | | **PROCEDURE 41(a)(1) OF** |
| *ET AL*. | : | **DEFENDANT HEARTLAND** |
| | : | **EXPRESS, INC.** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Pursuant to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Heartland Express, Inc. has not yet received service of process and has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses Defendant Heartland Express, Inc. without prejudice pursuant to Rule 41(a)(1).

Dated: June 3, 2011.　　　　　　　　　　　　s/Alan M. Anderson
　　　　　　　　　　　　　　　　　　　　　Alan M. Anderson (14950)
　　　　　　　　　　　　　　　　　　　　　Alan Anderson Law Firm LLC
　　　　　　　　　　　　　　　　　　　　　Suite 1260 The Colonnade
　　　　　　　　　　　　　　　　　　　　　5500 Wayzata Blvd.
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55416
　　　　　　　　　　　　　　　　　　　　　Tel.: 612-756-7000
　　　　　　　　　　　　　　　　　　　　　Fax: 612-756-7050
　　　　　　　　　　　　　　　　　　　　　Email: aanderson@anderson-lawfirm.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff PJC Logistics LLC*