UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PJC LOGISTICS, LLC,
        Plaintiff,                                           ORDER

        v.                                                Civil No. 11-675 ADM/JJG

ANDERSON TRUCKING SERVICE, INC.,
ET. AL.,
        Defendants.

---

DRIVERTECH, LLC,
        Plaintiff,

        v.                                              Civil No. 11-936 DWF/SER

PJC LOGISTICS, LLC,
        Defendant.

---

      Case No. 11-675 ADM/JJG having been assigned to Judge Ann D. Montgomery and Magistrate Judge Jeanne J. Graham, and Case No. 11-936 DWF/SER having been later assigned to Judge Donovan W. Frank and Magistrate Judge Steven E. Rau, and said matters being related cases;

      IT IS HEREBY ORDERED that Case No. 11-936 DWF/SER be assigned to Judge Ann D. Montgomery and Magistrate Judge Jeanne J. Graham nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated December 1, 2008.

      IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: June 10, 2011                                        s/Ann D. Montgomery
                                                                       JUDGE ANN D. MONTGOMERY
                                                                       UNITED STATES DISTRICT COURT

Dated: June 10, 2011

                                                                      s/Donovan W. Frank
                                                                      JUDGE DONOVAN W. FRANK
                                                                      UNITED STATES DISTRICT COURT