**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PJC Logistics, LLC,

          Plaintiff,

vs.

Anderson Trucking Service, Inc.; Annett Holdings, Inc.; Barr-Nunn Transportation, Inc.; C.H. Robinson Worldwide, Inc.; Con-Way Truckload, Inc.; Crete Carrier Corporation; CRST, Inc.; Dart Transit Company; Decker Truck Line, Inc.; Dedicated Logistics, Inc. (DLI); Fortune Transportation Company; Fremont Contract Carriers, Inc.; Grand Island Contract Carriers, Inc.; Harris Quality, Inc.; Heartland Express, Inc.; Hunt Transportation, Inc.; IWX Motor Freight; K&B Transportation, Inc.; Koch Trucking, Inc.; Lakeville Motor Express, Inc.; Mayflower Transportation, LLC; M.C. International Transportation, Inc.; Metro Express Transportation Services, Inc.; Midwest Motor Express, Inc.; New Prime, Inc.; Prime Floral, LLC; Ruan Transportation Management Systems, Inc.; Schuster Co.; Shaffer Trucking; Smithway Motor Xpress Corp.; Transport Corporation of America, Inc.; Tri-State Motor Transit Company, d/b/a Bed Rock, Inc.; Unigroup Worldwide, Inc.; Waller Truck Co., Inc.; Weinrich Truck Line, Inc.; and Werner Enterprises, Inc.,

          Defendants.

Civil No. 11-0675 (ADM/JJG)

**ORDER ON UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT**

2

Pursuant to the Unopposed Motion to Extend Time for Defendants to Answer the Complaint (Doc. No. 13), filed by the defendants and stating that plaintiff's counsel does not oppose the motion,

**IT IS HEREBY ORDERED** that the Unopposed Motion (Doc. No. 13) is **GRANTED**, and that the Defendants shall not be obligated to answer, move, or otherwise respond to the Complaint pending the receipt of a Conditional Transfer Order and transfer of this matter to the MDL to the In Re Vehicle Tracking and Security System ('844) Patent Litigation, MDL No. 2249.

**IT IS FURTHER ORDERED** that Defendants have until and including **September 12, 2011** to answer, move or otherwise plead to the complaint in this matter. In the event that the Multi District Litigation Panel issues its ruling more than forty-five (45) days prior to September 12, 2011, this extension shall run to and include the 45th day after the date of said ruling.

Dated:  July 19, 2011         s/ *Jeanne J. Graham*
                              JEANNE J. GRAHAM
                              United States Magistrate Judge