AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| PJC Logistics, LLC, <br><br> *Plaintiff* <br> v. <br> Anderson Trucking Service, Inc., et al., <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 11-675 ADM/JJG <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anderson Trucking Service, Inc.
725 Opportunity Dr.
St. Cloud, MN 56301

SEE ATTACHED FOR ADDITIONAL DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan M. Anderson, Esq.        R. Mark Dietz, Esq.
Alan Anderson Law Firm LLC    Dietz & Jarrard, P.C.
Suite 1260 The Colonnade      106 Fannin Avenue East
5500 Wayzata Blvd.            Round Rock, TX 78664
Minneapolis, MN 55416

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN

CLERK OF COURT

Date: 3·18·11

*Signature of Clerk or Deputy Clerk*

## SUMMONS IN A CIVIL ACTION

### Additional Defendants:

To: (Defendant's name and address):

Annett Holdings, Inc.
6115 S.W. Leland Avenue
Des Moines, IA 50321

Barr-Nunn Transportation, Inc.
1803 Burr Oak Blvd., P.O. Box 518
Granger, IA 50109

C.H. Robinson Worldwide Inc.
14701 Charlson Road
Eden Prairie, MN 55347
  - Registered Agent for service of process
Corporation Service Company
380 Jackson Street, Suite 700
St. Paul, MN 55101

Con-Way Truckload, Inc.
4701 E. 32nd Street
Joplin, MO 64804
  - Registered Agent for service of process
Corporation Service Company
380 Jackson Street, Suite 700
St. Paul, MN 55101

Crete Carrier Corporation
400 NW 56th Street
Lincoln, NE 68528

CRST, Inc.
3930 16th Avenue SW
Cedar Rapids, IA 52406

Dart Transit Company
800 Lone Oak Rd.
Eagan, MN 55121
  - Registered Agent for service of process
James C. Hardman
Dart Transit Company
800 Lone Oak Rd.
St. Paul, MN 55121

Decker Truck Line, Inc.
4000 5th Avenue South
Fort Dodge, IA 50501
(serve through Secretary of State for the State of Minnesota)

Dedicated Logistics, Inc.
2900 Granada Lane N.
Oakdale, MN 55128

Fortune Transportation Company
93702 470th Ave., P.O. Box 399
Windom, MN 56101

Fremont Contract Carriers, Inc.
865 Bud Blvd.
Fremont, NE 68025

Grand Island Contract Carriers, Inc.
2107-A S. North Road
Grand Island, NE 68803
(served through the Secretary of State for the State of Minnesota)

Harris Quality Inc.
21757 Platteview Road
Gretna, NE 68028

Heartland Express, Inc.
901 North Kansas Avenue
North Liberty, IA 52317

Hunt Transportation, Inc.
10770 I Street
Omaha, NE 68127

IWX Motor Freight
2750 N. Barnes
Springfield, MO 65803

K&B Transportation, Inc.
4700 Dakota Avenue
South Sioux City, NE 68776

Koch Trucking, Inc.
4200 Dahlberg Dr.
Minneapolis, MNN 55422
   -Registered Agent for service of process
13307 Lake Pl. Rd.
Zimmerman, MN 55398

Lakeville Motor Express, Inc.
500 W. County Road D
New Brighton, MN 55112

MayFlower Transportation, LLC
1299 Arcade St.
St. Paul, MN 55106

M.C. International Transportation, Inc.
303 Broadway Street
Kansas City, MO 64105

Metro Express Transportation Services, Inc.
875 Fee Fee Road
St. Louis, MO 63043
   -Registered Agent for service of process
875 Fee Fee Road
St. Louis, MO 63043

Midwest Motor Express, Inc.
5015 East Main Ave., P.O. Box 1058
Bismarck, ND 58502
   -Registered Agent for service of process
Joe Greenstein
Midwest Motor Express Inc.
2169 Mustang Dr.
Mounds View, MN 55112

Prime Inc.
2740 N. Mayfair
Springfield, MO 65803

Prime Floral, LLC
P.O. Box 10138
Springfield, MO 65808
   -Registered Agent for service of process
2740 N. Mayfair
Springfield, MO 65803

Ruan Transportation Management Systems, Inc.
666 Grand Ave.
Des Moines, IA 50309
   -Registered Agent for service of process
CT Corporation System Inc.
100 S. 5th St., #1075
Minneapolis, MN 55402

Schuster Co.
2605 Lincoln Ave. SW, P.O. Box 1110
Le Mars, IA 51031
   -Registered Agent for service of process
1642 Carroll Ave.
St. Paul, MN 55104

Shaffer Trucking
400 NW 56th Street
Lincoln, NE 68528

Smithway Motor Xpress Corp.
7135 Centennial Place
Nashville, TN 37209

Transport Corporation of America, Inc.
1715 Yankee Doodle Rd.
Eagan, MN 55121

Tri-State Motor Transit Company,
d/b/a Bed Rock, Inc.
8141 E. 7th Street
Joplin, MO 64801
   -Registered Agent for service of process
Corporation Service Company
380 Jackson Street, #700
St. Paul, MN 55101

Unigroup Worldwide, Inc.
One Premier Drive
Fenton, MO 63206

Waller Truck Co., Inc.
400 S. McCleary Rd.
Excelsior Springs, MO 64024

Weinrich Truck Line, Inc.
27832 C-60, P.O. Box 1022
Hinton, IA 51024

Werner Enterprises, Inc.
14507 Frontier Road
Omaha, NE 68138
   -Registered Agent for service of process
National Registered Agents, Inc.
590 Park St., #6
Capitol Professional Bldg.
St. Paul, MN 55103

 Serial # ANDAL 87886 9018 

Re: 11001

STATE OF IOWA

COUNTY OF WOODBURY

AFFIDAVIT OF SERVICE

Sara Nearman (Name of Server), being duly sworn, on oath says that on 7/11/2011 at 17:06 P.M. (Date of Service) (Time of Service)

s(he) served the attached: Summons & Complaint

upon: Weinrich Truck Line, LLC

therein named, personally at:   27832 C-60
                                P.O. Box 1022
                                Hinton, IA 51024

by handling to and leaving with:

[ ] the Registered Agent of Weinrich Truck Line, LLC
[ ] an Officer of Weinrich Truck Line, LLC
[X] a Managing Agent, someone within Weinrich Truck Line, LLC whose management capacity is such that (s)he exercises independent judgment and discretion

Jake Milton (Name of the Person with whom the documents were left)   Operations Manager (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me 7/12/2011.

Tina Nearman (Signature of Notary)

Sara Nearman (Signature of Server)

Sara Nearman

**TINA NEARMAN**
Commission Number 759928
My Commission Expires
September 10, 2012

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215

Re: 11001

---

**STATE OF ILLINOIS**

**COUNTY OF MADISON**

**AFFIDAVIT OF SERVICE**

Douglas Garber (Name of Server), being duly sworn, on oath says that on 7/11/2011 at 15:55 PM (Date of Service) (Time of Service)

s(he) served the attached: Summons & Complaint

upon: Mayflower Transportation, LLC

therein named, personally at:   One Mayflower Drive
                                Fenton, MO 63026

by handling to and leaving with:

[ ]  the Registered Agent of Mayflower Transportation, LLC
[ ]  an Officer of Mayflower Transportation, LLC
[X]  a Managing Agent, someone within Mayflower Transportation, LLC whose management capacity is such that (s)he exercises independent judgment and discretion

Laurel Soykin (Name of the Person with whom the documents were left)   Paralegal (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

7/13/2011.

(Signature of Notary)

(Signature of Server)

OFFICIAL SEAL
SUSAN M FLIEGER
Notary Public – State of Illinois
My Commission Expires Aug. 16, 2014

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215

**STATE OF MISSOURI**

**COUNTY OF JACKSON**

**AFFIDAVIT OF SERVICE**

___Christopher Reed___, being duly sworn, on oath says that on
(Name of Server)

__7__/__11__/2011 at __4__:__30__ P M
(Date of Service)     (Time of Service)

s(he) served the attached: Summons & Complaint

upon: M.C. International Transportation, Inc.

therein named, personally at:   303 Broadway Street
                                Kansas City, MO 64105

by handling to and leaving with:

[✓] the Registered Agent of M.C. International Transportation, Inc.
[ ] an Officer of M.C. International Transportation, Inc.
[ ] a Managing Agent, someone within M.C. International Transportation, Inc. whose
    management capacity is such that (s)he exercises independent judgment and discretion

___Mohammond Haroon Noor___                    ___R/A___
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me                  ___Christopher Reed___
__7__/__13__/2011.                                  (Signature of Server)

___(Signature of Notary)___



LORRI LANE
My Commission Expires
March 14, 2014
Cass County
Commission #10947634

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215