IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| PJC LOGISTICS, LLC, | Civil Case No. 0:11-CV-00675 (ADM/JJG) |
| Plaintiff | |
| v. | |
| ANDERSON TRUCKING SERVICE, INC., ET AL. | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant IWX Motor Freight has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses IWX Motor Freight without prejudice pursuant to Rule 41(a)(1).

Dated: July 25, 2011.

s/Alan M. Anderson
Alan M. Anderson (149500)
Alan Anderson Law Firm LLC
Suite 1260 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416
Tel.: 612-756-7000
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com

*Attorneys for Plaintiff PJC Logistics LLC*