# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Case No. 0:11-cv-00675-DWF-SER |
| Plaintiff | : | |
| | : | (Transferred from the U. S. District Court of Minnesota, Civil Action No. 0:11-cv-00675-ADM-JJG) |
| v. | : | |
| | : | |
| ANDERSON TRUCKING SERVICE, INC., et al, | : | |
| | : | **NOTICE OF VOLUNTARY DISMISSALWITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| Defendants | : | |
| | : | |

   Plaintiff PJC Logistics, LLC hereby files this Voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant K&B Transportation, Inc. has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses K&B Transportation, Inc., without prejudice pursuant to Rule 41(a)(1).

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated:  September 26, 2011 | */s/  Steven R. Daniels* |
| | Steven R. Daniels |
| | (*Admitted Pro Hac Vice*) |
| | Farney Daniels, LLP |
| | 800 S. Austin Avenue, Suite 200 |
| | Georgetown, TX  78626-5845 |
| | Telephone:    512-582-2820 |
| | Facsimile:    512-733-3623 |
| | sdaniels@farneydaniels.com |
| | |
| | AND |

Alan M. Anderson (14950)
Alan Anderson Law Firm LLC
Suite 1260 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416
Tel.: 612-756-7000
Fax: 612-756-7050
aanderson@anderson-lawfirm.com

AND

R. Mark Dietz
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, Texas 78664
Tel:  (512) 244-9314
rmdietz@lawdietz.com

*Attorneys for Plaintiff PJC Logistics LLC*