**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC., *et al.*,<br><br>       Defendants. | **Case No. 0:11-cv-00675-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF DECKER TRUCK LINE, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Decker Truck Line, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

               */s/ Steven R. Daniels*
               Steven R. Daniels
               (Admitted *Pro Hac Vice*)
               Farney Daniels LLP
               800 S. Austin Avenue, Suite 200
               Georgetown, TX  78626-5845
               Telephone: 512-582-2820
               Facsimile: 512-733-3623
               sdaniels@farneydaniels.com

               **Attorneys for Plaintiff**
               **PJC Logistics, LLC**