**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC., *et al.*,<br>                              Defendants. | **Case No. 0:11-cv-00675-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF MIDWEST MOTOR EXPRESS, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Midwest Motor Express, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

                              */s/ Steven R. Daniels*
                              Steven R. Daniels
                              (Admitted *Pro Hac Vice*)
                              Farney Daniels LLP
                              800 S. Austin Avenue, Suite 200
                              Georgetown, TX  78626-5845
                              Telephone: 512-582-2820
                              Facsimile: 512-733-3623
                              sdaniels@farneydaniels.com

                              **Attorneys for Plaintiff**
                              **PJC Logistics, LLC**

1