# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| PJC LOGISTICS, LLC, | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No:   0:11-cv-00675-DWF-SER |
| v. | |
| ANDERSON TRUCKING SERVICE, INC. *et al.* | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that Alfred N. Goodman shall appear as counsel of record for Defendant Lakeville Motor Express, Inc. in this case.

Dated: Oct. 17, 2011

*/s/ Alfred N. Goodman*
Alfred N. Goodman
ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
1300 19th Street, NW
Suite 600
Washington, DC 20036
(202) 659-9076
wbradley@roylance.com

**Attorneys for Defendant Lakeville Motor Express, Inc.**