**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC., *et al.*,<br>                              Defendants. | **Case No. 0:11-cv-00675-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF CRETE CARRIER CORPORATION WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Crete Carrier Corporation with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 21, 2011.

                                                   */s/ Steven R. Daniels*
                                                 Steven R. Daniels
                                                 (Admitted *Pro Hac Vice*)
                                                 Farney Daniels LLP
                                                 800 S. Austin Avenue, Suite 200
                                                 Georgetown, TX  78626-5845
                                                 Telephone: 512-582-2820
                                                 Facsimile: 512-733-3623
                                                 sdaniels@farneydaniels.com

                                                 **Attorneys for Plaintiff**
                                                 **PJC Logistics, LLC**