# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC., *et al.*,<br>                      Defendants. | **Case No. 0:11-cv-00675-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF TRI-STATE MOTOR TRANSIT COMPANY, d/b/a BED ROCK, INC. WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Tri-State Motor Transit Company, d/b/a Bed Rock, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 21, 2011.

                                                  */s/ Steven R. Daniels*
                                                  Steven R. Daniels
                                                  (Admitted *Pro Hac Vice*)
                                                  Farney Daniels LLP
                                                  800 S. Austin Avenue, Suite 200
                                                  Georgetown, TX  78626-5845
                                                  Telephone: 512-582-2820
                                                  Facsimile: 512-733-3623
                                                  sdaniels@farneydaniels.com

                                                  **Attorneys for Plaintiff**
                                                  **PJC Logistics, LLC**