**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC., *et al.*,<br>                    Defendants. | **Case No. 0:11-cv-00675-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF CRST, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant CRST, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted November 1, 2011.

                                                           */s/ Steven R. Daniels*
                                                         Steven R. Daniels
                                                         (Admitted *Pro Hac Vice*)
                                                         Farney Daniels LLP
                                                         800 S. Austin Avenue, Suite 200
                                                         Georgetown, TX  78626-5845
                                                         Telephone: 512-582-2820
                                                         Facsimile: 512-733-3623
                                                         sdaniels@farneydaniels.com

                                                         **Attorneys for Plaintiff**
                                                         **PJC Logistics, LLC**