UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC., *et al.*,<br><br>                    Defendants. | No. 11-cv-675 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers, Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendants Lakeville Motor Express, Inc. and Ruan Transportation Management Systems, Inc. Lakeville Motor Express, Inc. will continue to be represented by William E. Bradley and Alfred N. Goodman. Ruan Transportation Management Systems, Inc. will continue to be represented by Michael E. Florey.

Dated: November 9, 2011

                                             BARNES & THORNBURG LLP,

                                             s/ Douglas J. Williams
                                             Douglas J. Williams (#117353)
                                             Felicia J. Boyd (#186168)
                                             Niall A. MacLeod (#269281)
                                             Aaron A. Myers (#311959)
                                             225 South Sixth Street, Suite 2800
                                             Minneapolis, MN 55402-4661
                                             doug.williams@btlaw.com
                                             felicia.boyd@btlaw.com
                                             niall.macleod@btlaw.com
                                             aaron.myers@btlaw.com
                                             (612) 333-2111

                                             OF COUNSEL:

                                             Evan R. Chesler
                                             Keith R. Hummel
                                             James E. Canning
                                             CRAVATH, SWAINE & MOORE LLP
                                             Worldwide Plaza
                                             825 Eighth Avenue
                                             New York, NY 10019-7475
                                             echesler@cravath.com
                                             khummel@cravath.com
                                             jcanning@cravath.com
                                             (212) 474-1000

*Attorneys for Defendants Lakeville Motor Express, Inc. and Ruan Transportation Management Systems, Inc.*