**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | | MDL NO. 11-2249 |

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.: 11-cv-675 (DWF/SER) |
| ANDERSON TRUCKING SERVICE, INC., *et al*. | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel in this matter for Defendants Werner Enterprises, Inc. and New Prime, Inc.

Dated: November 11, 2011

s/ Michael Burg
Robert A. Koons
Michael J, Burg, Jr.
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700

**Attorneys for Defendants
Werner Enterprises, Inc. and New Prime, Inc.**