UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: VEHICLE TRACKING AND
SECURITY SYSTEM ('844) PATENT
LITIGATION

MDL NO. 11-2249

---

PJC LOGISTICS, LLC,

        Plaintiff,

vs.

ANDERSON TRUCKING SERVICE INC., *et al.*,

        Defendants.

Civil Action No. 0:11-cv-00675-DWF-SER

NOTICE OF DISMISSAL OF
WERNER ENTERPRISES,
INC. WITH PREJUDICE

---

Plaintiff PJC Logistics, LLC and Defendant Werner Enterprises, Inc., by their undersigned counsel, stipulate and agree pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that all claims against Werner Enterprises, Inc. in the above-captioned action shall be dismissed with prejudice.

Respectfully submitted December 20, 2011.

| | |
|---|---|
| Robert A. Koons, Jr.<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>Telephone: (215) 988-3392<br>Facsimile: (215) 988-2757<br>robert.koons@dbr.com<br><br>*Counsel for Werner Enterprises, Inc.* | Steven R. Daniels<br>Farney Daniels LLP<br>800 S. Austin Avenue, Suite 200<br>Georgetown, TX 78626-5845<br>Telephone: (512) 582-2820<br>Facsimile: (512) 733-3623<br>sdaniels@farleydaniels.com<br><br>*Counsel for PJC Logistics, LLC* |