UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: VEHICLE TRACKING AND
SECURITY SYSTEM ('844) PATENT
LITIGATION

MDL NO. 11-2249

Civil Action No. 0:11-cv-00675-DWF-SER

PJC LOGISTICS, LLC,

      Plaintiff,

vs.

ANDERSON TRUCKING SERVICE INC., *et al.*,

      Defendants.

NOTICE OF DISMISSAL OF NEW PRIME, INC. WITH PREJUDICE

Plaintiff PJC Logistics, LLC and Defendant New Prime, Inc., by their undersigned counsel, stipulate and agree pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that all claims against New Prime, Inc. in the above-captioned action shall be dismissed with prejudice.

Respectfully submitted December 20, 2011.

_____
Robert A. Koons, Jr.
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-3392
Facsimile: (215) 988-2757
robert.koons@dbr.com

*Counsel for New Prime, Inc.*

_____
Steven R. Daniels
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX 78626-5845
Telephone: (512) 582-2820
Facsimile: (512) 733-3623
sdaniels@farleydaniels.com

*Counsel for PJC Logistics, LLC*