UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.　　　Civil No. 11-675 (DWF/SER)<br><br>Lakeville Motor Express, Inc., Mayflower Transportation, LLC, New Prime, Inc., Ruan Transportation Management Systems, Inc., Weinrich Truck Line, Inc., Werner Enterprises, Inc.,<br><br>　　　　　　　Defendants. | **ORDER DISMISSING WERNER ENTERPRISES, INC. WITH PREJUDICE** |

R. Mark Dietz, Esq., Dietz & Jarrard, PC; Steven R. Daniels, Esq., Farney Daniels LLP, Alan M. Anderson, Esq., Alan Anderson Law Firm LLC, counsel for Plaintiff.

Alfred Goodman, Esq., William Eugene Bradley, Esq., Roylance, Abrams, Berdo & Goodman, LLP, counsel for Defendant Lakeville Motor Express, Inc.

Douglas J. Williams, Esq., Aaron A. Myers, Esq., Felicia J. Boyd, Esq., Niall A. MacLeod, Esq., Barnes & Thornburg; James E. Canning, Esq., Keith R. Hummel, Esq., Cravath, Swaine & Moore LLP, counsel for Defendant Mayflower Transportation, LLC.

Douglas J. Williams, Esq., Aaron A. Myers, Esq., Felicia J. Boyd, Esq., Niall A. MacLeod, Esq., Barnes & Thornburg; Michael J. Burg, Jr., Esq., Robert A. Koons, Esq., Drinker, Biddle & Reath LLP, counsel for Defendant New Prime Inc.

Michael E. Florey, Esq., Fish & Richardson PC, counsel for Defendant Ruan Transportation Management Systems, Inc.

2

Douglas J. Williams, Esq., Aaron A. Myers, Esq., Felicia J. Boyd, Esq., Niall A. MacLeod, Esq., Barnes & Thornburg; James E. Canning, Esq., Keith R. Hummel, Esq., Cravath, Swaine & Moore LLP; Michael E. Florey, Esq., Fish & Richardson PC, counsel for Defendant Weinrich Truck Line, Inc.,

Douglas J. Williams, Esq., Aaron A. Myers, Esq., Felicia J. Boyd, Esq., Niall A. MacLeod, Esq., Barnes & Thornburg; Michael J. Burg, Jr., Esq., Robert A. Koons, Esq., Drinker, Biddle & Reath LLP, counsel for Defendant Werner Enterprises, Inc.

---

Based upon the Notice of Dismissal of Werner Enterprises, Inc., filed by the Parties on December 27, 2011, (Doc. No.[64]),

**IT IS ORDERED** that defendant Werner Enterprises, Inc., is hereby dismissed, with prejudice and on the merits, without costs or disbursements to any party.


Dated: December 29, 2011    s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge