# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

PJC LOGISTICS, LLC,

           Plaintiff,

v.

ANDERSON TRUCKING SERVICE, INC., et al,

           Defendants.

Case No. 0:11-cv-00675-DWF-SER

*(Transferred from the U. S. District Court of Minnesota, Civil Action No.  0:11-cv-00675-ADM-JJG)*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this Voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Mayflower Transportation, LLC has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Mayflower Transportation, LLC, without prejudice pursuant to Rule 41(a)(1).

           Respectfully submitted,

Dated:  February 6, 2012

*/s/  Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626-5845
Telephone:    512-582-2820
Facsimile:     512-733-3623
sdaniels@farneydaniels.com

AND

Alan M. Anderson (14950)
Alan Anderson Law Firm LLC
Suite 1260 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416
Tel.: 612-756-7000
Fax: 612-756-7050
aanderson@anderson-lawfirm.com

*Attorneys for Plaintiff PJC Logistics LLC*

2